IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


CURTIS DORSEY                                                              PETITIONER

v.                              NO. 4:19-cv-00797 KGB/PSH

STATE OF ARKANSAS                                                         RESPONDENT


ORDER

Petitioner Curtis Dorsey ("Dorsey") began this case by filing documents that the Clerk of the Court construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 and as a brief in support of the petition. See Docket Entries 1, 2. In the documents, Dorsey joined the State of Arkansas as the respondent; maintained that his constitutional rights were violated in what appears to have been case number 17-3259, a case that appears to involve a murder conviction; and asked that he be released from custody. He neither paid the five dollar filing fee nor, alternatively, filed a motion for leave to proceed in forma pauperis. Given the present state of the record in this case, the Court orders the following:

1) Because the Court has some question whether Dorsey's petition complies with the Rules Governing Section 2254 Cases in the United States District Courts, the Clerk of the Court is directed to send Dorsey the standard form for filing a petition pursuant to 28 U.S.C. 2254.

2) Dorsey is strongly encouraged to complete the standard 28 U.S.C. 2254 form in full as it will ensure that he complies with the Rules Governing Section 2254 Cases in the United States District Courts.[1] In completing the form, he should give special attention to such matters as his present place of confinement, the name and location of the court that entered the judgment of conviction he is challenging, the date the judgment of conviction was entered, whether he appealed the conviction, whether he filed a petition for post-conviction relief, and the facts supporting the claims at bar. Dorsey is given up to, and including, **December 23, 2019**, to complete the form and file it with the Clerk of the Court as an amended petition. Once that deadline passes, the Court will review his petition, whether amended or not, to conclusively determine whether it complies with the Rules Governing Section 2254 Cases in the United States District Courts.

3) The Clerk of the Court is directed to send Dorsey the standard form for filing a motion for leave to proceed in forma pauperis.

4) Dorsey is ordered to either pay the five dollar filing fee or file a motion for leave to proceed in forma pauperis using the standard form he is provided. He is given up to, and including, **December 26, 2019**, to either pay the five dollar filing fee or file a motion for leave to proceed in forma pauperis.

In the event Dorsey fails to comply with the terms of this Order by **December 26, 2019,** the Court will recommend that this case be dismissed without prejudice. Service of process will not be ordered at this time.

---

[1] Use of the standard form is not required, but the petition filed by Dorsey must "substantially follow either the form appended to [the Rules Governing Section 2254 Cases in the United States District Courts] or a form prescribed by a local district-court rule." See Rule 2(d) of the Rules Governing Section 2254 in the United States District Courts.

IT IS SO ORDERED this 25th day of November, 2019.

                                          UNITED STATES MAGISTRATE JUDGE