IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CURTIS DORSEY                                                               PETITIONER

v.                          NO. 4:19-cv-00797 KGB/PSH

STATE OF ARKANSAS                                                          RESPONDENT

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner Curtis Dorsey ("Dorsey") began this case on November 14, 2019, by filing documents that the Clerk of the Court construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 and as a brief in support of the petition. See Docket Entry 1, 2. Dorsey failed, though, to pay the five dollar filing fee or, alternatively, file a motion for leave to proceed in forma pauperis. The undersigned apprised him of his oversight and gave him up to, and including, December 26, 2019, to either pay the filing fee or file an application to proceed in forma pauperis. See Docket Entry 3. He was warned that in the event he failed to do so, the undersigned would recommend that this case be dismissed without prejudice.

December 26, 2019, has come and gone, and the Clerk of the Court has no record of Dorsey having paid the filing fee or having filed an application to proceed in forma pauperis. Given Dorsey's failure to do so, it is recommended that this case be dismissed without prejudice. Judgment should be entered for respondent State of Arkansas.

DATED this 6th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE