# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CURTIS DORSEY, ADC #174481**                                                          **PETITIONER**

v.                               Case No. 4:19-cv-00797-KGB

**STATE OF ARKANSAS**                                                                   **RESPONDENT**

## ORDER

Before the Court are the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris on January 6, 2020 (Dkt. No. 4). Judge Harris recommends that petitioner Curtis Dorsey's petition for a writ of *habeas corpus* be dismissed without prejudice. No objections have been filed, and the time to file objections has passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' conclusion.

Therefore, the Court adopts the Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 4). The Court dismisses without prejudice Mr. Dorsey's petition for a writ of *habeas corpus* and denies the relief requested therein (Dkt. No. 1).

It is so ordered this 10th day of April, 2020.

Kristine G. Baker
United States District Judge