# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CURTIS DORSEY, ADC #174481**                                                                 **PETITIONER**

**v.**                          **Case No. 4:19-cv-00797-KGB**

**STATE OF ARKANSAS**                                                                              **RESPONDENT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Curtis Dorsey's petition for a writ of *habeas corpus* without prejudice and denies the requested relief.

It is so adjudged this 10th day of April, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge